# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | 4:22-po-05064-JTJ-1 |
|---|---|
| Plaintiff, | **ORDER** |
| vs. | |
| AARON J. VERNON, | |
| Defendant. | |

Upon the motion by the Defendant to reset the Initial Appearance and appear remotely in this case, (Doc. 3) IT IS HEREBY ORDERED that the Initial Appearance in this matter is RESET for September 30, 2022 at 9:00 a.m. at the Community Center, West Glacier, Montana.

DATED this 22nd day of August, 2022.

_____
John Johnston
United States Magistrate Judge