# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AARON J. VERNON,<br><br>Defendant. | PO-22-5064-GF-JTJ<br><br>VIOLATION:<br>E1103057<br>Location Code: M13<br><br>ORDER |

Based upon the unopposed motion of the United States and for good cause appearing, **IT IS HEREBY ORDERED** that the citation is **DISMISSED**.

**IT IS FURTHER ORDERED** that the bench trial scheduled for October 6, 2022 is **VACATED**.

DATED this 3rd day of October, 2022.

_John Johnston_
United States Magistrate Judge